# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| BRANDEN JOSEPH MALLOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21-cv-00777-JMB |
| | ) | |
| MISSOURI DEPARTMENT OF CORRECTIONS, EASTERN RECEPTION, DIAGNOSTICS AND CORRECTIONAL CENTER, et al., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on a document submitted by plaintiff Branden Joseph Malloy that has been construed as a motion to assign a magistrate and to make an order for immediate transfer to a separate facility. (Docket No. 12). This action was dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) on February 28, 2022. (Docket No. 11). Therefore, the case is closed, and plaintiff's motion will be denied.

In the motion, plaintiff also requests information on the appellate process, and a 42 U.S.C. § 1983 form. The appellate information has already been sent to plaintiff, per his request. The Court will further direct the Clerk of Court to send to plaintiff a copy of the Court's prisoner civil rights form.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to assign a magistrate and to make an order for immediate transfer to a separate facility (Docket No. 12) is **DENIED**.

2

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's 42 U.S.C. § 1983 form, as requested by plaintiff.

Dated this 23rd day of November, 2022.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE